# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UMG RECORDINGS, INC., a Delaware
corporation; CAPITOL RECORDS, INC.,
a Delaware corporation; ELEKTRA
ENTERTAINMENT GROUP INC., a
Delaware corporation; PRIORITY RECORDS
LLC, a California limited liability company;
WARNER BROS. RECORDS, INC., a
Delaware corporation; MOTOWN RECORD
COMPANY, L.P., a California limited
partnership; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; ARISTA RECORDS LLC, a
Delaware limited liability company; VIRGIN
RECORDS AMERICA, INC., a California
corporation; and BMG MUSIC, a New York
general partnership,

        Plaintiffs,

v.                                            Case No.: 3:06cv165/MCR/MD

MARCUS BROWN,

        Defendant.

_____/

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

      Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

      1.     Plaintiffs' Motion for Default Judgment is hereby granted.

      2.     Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the twenty-three sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged

to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seventeen Thousand Two Hundred Fifty Dollars ($17,250.00).

      3.     Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($ 420.00).

      4.     Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Ruffneck," on album "Ain't No Other," by artist "MC Lyte" (SR# 168-042);

"Jungle Love," on album "Ice Cream Castle," by artist "The Time" (SR# 55-021);

"Untitled (How Does It Feel)," on album "Voodoo," by artist "D'Angelo" (SR# 280-480);

"Please Don't Go," on album "Cooleyhighharmony," by artist "Boyz II Men" (SR# 212-333);

"Let's Wait Awhile," on album "Control," by artist "Janet Jackson" (SR# 69-529);

"Around The Way Girl," on album "Mama Said Knock You Out," by artist "LL Cool J" (SR# 123-555);

"Whip Appeal," on album "Tender Lover," by artist "Babyface" (SR# 106-822);

"Thank God I Found You," on album "Rainbow," by artist "Mariah Carey" (SR# 276-595);

"Rock With You," on album "Off The Wall," by artist "Michael Jackson" (SR# 11-120);

"Slum Beautiful," on album "Stankonia," by artist "Outkast" (SR# 306-741);

"Sabotage," on album "Ill Communication," by artist "Beastie Boys" (SR# 213-461);

"Losing Grip," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);

"Smooth Operator," on album "Diamond Life," by artist "Sade" (SR# 69-105);

"U Got It Bad," on album "8701," by artist "Usher" (SR# 307-207);

"One Sweet Day," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);

"Grindin'," on album "Lord Willin'," by artist "Clipse," (SR# 321-673);

"Body Movin'," on album "Hello Nasty," by artist "Beastie Boys," (SR# 277-731);

"Pass the Courvoisier," on album "Genesis," by artist "Busta Rhymes," (SR# 312-547);

"Intergalactic," on album "Hello Nasty," by artist "Beastie Boys," (SR# 277-731);

"Straight Outta Compton," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);

"Wanna Be Starting Somethin'," on album "Thriller," by artist "Michael Jackson," (SR# 41-965);

"I Miss You So Much," on album "Fanmail," by artist "TLC," (SR# 298-454);

"Dirty Diana," on album "Bad," by artist "Michael Jackson," (SR# 84-256);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**DONE AND ORDERED** in Pensacola, Florida this 23rd day of June, 2006.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**